UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT HEARD,

    Plaintiff,

v.

PATRICIA CARUSO, et al.,

    Defendants.
_____/

Case No.: 2:05-cv-231

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #349) filed by United States Magistrate Judge Timothy P. Greeley in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for summary judgment (Dkt. #299) is **DENIED without prejudice**.


Dated: February 1, 2011

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge